IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WANDA THICKLIN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:18-cv-00709-O-BP |
| CALIBER HOME LOANS, INC., | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED** and this case is **DISMISSED with PREJUDICE**. The Rule 12(c) Motion for Judgment on the Pleadings (ECF No. 16) is **DENIED as moot**. The Motion for Joinder of Parties (ECF No. 11) is **DENIED as futile**.

**SO ORDERED** on this **2nd day** of **August, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1